UNITED STATES of America,
Plaintiff–Appellee,

v.

John Wilson SMITH, Jr., Defendant–
Appellant.

No. 09–13759
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 23, 2010.

William Rourk Clark, Jr., Federal Public Defender, Ofc. of the Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Randolph Murrell, appointed counsel for John Wilson Smith, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Smith's convictions and sentences are **AFFIRMED.**